# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA JACKSON, for herself, as a private attorney general, and/or on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE LIFE IS GOOD COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 2:26-cv-0106<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>January 14, 2026 |

　　Under Western District of Washington Local Rules 7 and 10, Plaintiff Christina Jackson, on her own behalf and on behalf of all others similarly situated ("Plaintiff") and Defendant The Life Is Good Company ("Life Is Good"), together (the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to respond to the Complaint in the above-captioned action is extended by a total of thirty days from January 20, 2026 to and including February 19, 2026.

　　A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

　　Good cause exists for the extension of Defendant's deadline to respond to the Complaint. This case was removed to this Court on January 12, 2026. Counsel for Defendant was only recently retained and seeks additional time to understand the allegations and determine the path forward for this litigation. Accordingly, Defendant requests that the Court extend Defendant's deadline to respond to the Complaint to February 19, 2026. The Parties agree that if Defendant decides to file a Motion to Dismiss that the

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 1
Case No. 2:26-cv-0106

Parties' briefing schedule shall be set pursuant to Code.  The Parties have not made any previous requests to extend this deadline.

Dated:  January 13, 2026

Respectfully submitted,

*/s/ Meegan B. Brooks*
MEEGAN B. BROOKS (WA 62516)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone:  628.600.2232
Email:  mbrooks@beneschlaw.com

*Attorney for Defendant*
*The Life Is Good Company*

Dated:  January 13, 2026

*/s/ David M. Trojanowski*
David M. Trojanowski, Esq. (WSBA #56258)
**Z LAW, LLC**
2345 York Road, Suite B-13
Timonium. Maryland 21093
Telephone: (443) 213-1977
Email:  dmt@zlawmaryland.com

*Attorney for Plaintiff Christina Jackson*

## ORDER

IT IS SO ORDERED.

Dated this 14th day of January, 2026.

*[signature: John H. Chun]*
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 2
Case No. 2:26-cv-0106