UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

CHRISTINA JACKSON,

                                Plaintiff,

    v.

THE LIFE IS GOOD COMPANY,

                                Defendant.

Case No. 2:26-cv-00106-JHC

STIPULATED MOTION TO MODIFY
BRIEFING SCHEDULE; ORDER

Noting Date: February 12, 2026

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Christina Jackson ("Plaintiff") and Defendant The Life Is Good Company ("Defendant") (collectively, the "Parties") hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's Complaint from February 19, 2026 to and including March 12, 2026.  The Parties further agree that if Defendant files a Motion to Dismiss, that the Parties' briefing schedule shall be as follows:

1.    Plaintiff's Deadline to file an Opposition shall be April 7, 2026; and

2.    Defendant's Deadline to file a Reply in support of its Motion shall be April 17, 2026.

Good cause exists to modify the briefing schedule because Defendant's counsel recently moved to a new law firm and requires additional time to transfer their files and get fully onboarded. Additionally, extending Defendant's deadline creates a conflict with previously planned out of

STIPULATED MOTION & ORDER TO MODIFY
BRIEFING SCHEDULE - 1

country travel for Plaintiff's counsel requiring any Opposition deadline to be extended. This extension will not prejudice any party or affect any deadlines.

**IT IS SO ORDERED.**

DATED this 13th day of February, 2026.

_____
John H. Chun
United States District Judge

DATED: February 12, 2026

BALLARD SPAHR LLP

By: */s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA No. 62516
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone:  424.204.4400
brooksm@ballardspahr.com

*Attorneys for Defendant The Life Is Good Company*

DATED: February 12, 2026

Z LAW

By: */s/ David Trojanowski*
David Trojanowski, WSBA No. 56258
2345 York Rd. Suite B13
Timonium, Maryland 21093-2261
Telephone:  443.213.1977, Ext. 2
dmt@zlawmaryland.com

*Attorneys for Plaintiff Christina Jackson*

STIPULATED MOTION & ORDER TO MODIFY
BRIEFING SCHEDULE - 2