UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA

CHRISTINA JACKSON,

                        Plaintiff,

        v.

THE LIFE IS GOOD COMPANY,

                        Defendant.

Case No. 2:26-cv-00106-JHC

ORDER

        This matter comes before the Court on Defendant's Motion to Dismiss Amended Complaint.  Dkt. # 17.  The Court has considered the materials filed in support of an in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons below, the Court DENIES the motion.

        This Court—along with other courts in this District—have repeatedly rejected the preemption argument advanced by Defendant.  *See Agnew v. Macy's Retail Holdings*, 2026 WL 764140 (W.D. Wash. March 18, 2026); *Jerde v. BYLT LLC*, 2026 WL 415445 (W.D. Wash. Feb. 14, 2026); Dkt. # 18 at 3-4 (collecting cases).  Also, Federal Rule of Civil Procedure 9(b) does not apply.  *Agnew*, 2026 WL 764140 *1 n.1.  And because the CEMA claim is not preempted, the Washington Consumer Protection Act claim survives.

        Thus, the Court DENIES the motion.

//

ORDER - 1

DATED this 12th day of May, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER - 2