UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTINA JACKSON, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE LIFE IS GOOD COMPANY,

Defendant.

CASE NO. 2:26-cv-00106-JHC

**ORDER GRANTING PLAINTIFF CHRISTINA JACKSON'S UNOPPOSED MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR COUNSEL SUPPORTING THE APPLICATION OF CORY L. ZAJDEL TO APPEAR *PRO HAC VICE***

This matter comes before the Court on Plaintiff's unopposed motion to waive the requirements of Local Rule 83.1(d)(2) insofar as it requires its counsel, David Trojanowski, to maintain a physical office within the geographic boundaries of the Western District of Washington to serve as local counsel. Dkt. # 22. Mr. Trojanowski attests that counsel for Defendant agrees to the motion and the relief sought. Mr. Trojanowski has been admitted to the Washington State Bar since 2020, and practices regularly in state and federal courts in Washington. However, he physically resides in, and works in, Maryland.

Having reviewed the unopposed motion and the remainder of the record, as well as

several comparable instances in which this Court has waived the physical office requirement of Rule 83.1(d)(2), the Court finds and ORDERS that Mr. Trojanowski is EXCUSED from the requirements to maintain a physical office within the District in order to serve as local counsel for Plaintiff in this case. Accordingly, Mr. Trojanowski may sponsor *pro hac vice* admissions in this case.

Dated this 27th day of August, 2026.

John H. Chun
United States District Judge