UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTINA JACKSON, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE LIFE IS GOOD COMPANY,

Defendant.

CASE NO. 2:26-cv-00106-JHC

**ORDER TO SHOW CAUSE**

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this CEMA action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction or, alternatively, stayed pending the Ninth Circuit's resolution of the standing issue on appeal in *Montes v. Catalyst Brands LLC (Montes II)*, 2025 WL 3485827 (E.D. Wash., Dec. 4, 2025). Each side's brief may not exceed 2,100 words and is due on or before Friday, September 25, 2026.

DATED this 11th day of September, 2026.

John H. Chun
United States District Judge