UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA JACKSON,

Plaintiff,

v.

THE LIFE IS GOOD COMPANY,

Defendant.

Case No. 2:26-cv-00106-JHC

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR THE LIFE IS GOOD COMPANY

## I. STIPULATION

1. This Stipulation for withdrawal and substitution of counsel is being submitted pursuant to LCR 83.2(b)(1).

2. This Stipulation applies to representation of Defendant The Life is Good Company in the above-captioned case.

3. All parties, through their respective undersigned counsel, stipulate and agree that attorneys Gaurav Bobby Kalra and A. Jill Guingcangco of the law firm Gordon Rees Scully Mansukhani, LLP, may be substituted as counsel and hereinafter be the attorneys who represent Defendant The Life is Good Company in the above-captioned case.

4. All parties, through their respective undersigned counsel, stipulate and agree that attorney Meegan B. Brooks of the law firm Ballard Spahr LLP should be permitted to withdraw from representing Defendant The Life is Good Company in the above-captioned case, and that such withdrawal should take effect immediately.

DATED: April 27, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*s/ Sarah N. Turner*

Sarah N. Turner, WSBA No. 37748
Gaurav Bobby Kalra, WSBA No. 63983
**District Court application pending*
A. Jill Guingcangco, WSBA No. 59436
* *District Court application pending*
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
sturner@grsm.com
bkalra@grsm.com
jguingcangco@grsm.com

***Substituting Attorneys for Defendant The Life Is Good Company***

DATED: April 27, 2026

**BALLARD SPAHR LLP**

*/s/ Meegan B. Brooks*

Meegan B. Brooks, WSBA No. 62516
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: (424) 204-4400
brooksm@ballardspahr.com

***Attorneys for Defendant The Life Is Good Company***

DATED: April 27, 2026

**Z LAW, LLC**

*/s/ David Trojanowski*

David Trojanowski, WSBA No. 56258
2345 York Rd., Suite B13
Timonium, Maryland 21093-2261
Telephone: (443) 213-1977, Ext. 2
dmt@zlawmaryland.com

***Attorney for Plaintiff Christina Jackson***

## II. ORDER

THIS MATTER having come before the Court on the parties' Stipulation for Withdrawal and Substitution of Counsel, the Court having considered the Stipulation and being fully advised, IT IS HEREBY ORDERED that:

1. Attorneys Gaurav Bobby Kalra and A. Jill Guingcangco of the law firm Gordon Rees Scully Mansukhani, LLP, should hereinafter be the attorneys who represent Defendant The Life is Good Company.

2. Attorney Meegan B. Brooks of the law firm Ballard Spahr LLP is permitted to withdraw from representing Defendant The Life is Good Company, and that such withdrawal will take effect immediately.

3. The Clerk shall amend the docket to reflect the changes in representation as specified above.

IT IS SO ORDERED.

DATED this 15th day of September, 2026.

John H. Chun
United States District Judge