UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA JACKSON,<br>Plaintiff,<br>v.<br>THE LIFE IS GOOD COMPANY,<br>Defendant. | Case No. 2:26-cv-00106-JHC<br><br>ORDER |

Before the Court is the parties' Stipulation and Proposed Protective Order. Dkt. # 30. The filer neglected to designate the document as a motion, and it thus did not appear on the Court's motion's report. Next, the parties failed to "provide the court with a redlined version identifying departures from the [Court's] model." LCR 26(c)(2). Finally, the parties list broad categories of materials as confidential information. Dkt. # 30 at 1-2. But "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" Model Stipulated Protective Order, ¶ 2. Thus, the Court DENIES the motion without prejudice.

DATED this 18th day of September 2026.

John H. Chun
United States District Judge