UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTINA JACKSON, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE LIFE IS GOOD COMPANY,

Defendant.

CASE NO. 2:26-cv-00106-JHC

**ORDER**

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 27. The Court thanks the parties for their responses to the Order. Dkt. ## 32 & 33. Upon review of those responses, the Court concludes that Defendant has not met its burden of alleging that Plaintiff has Article III standing, and thus has not met its burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to Clark County Superior Court and DIRECTS the Clerk to mail a copy of this Order to the state court.

//

//

Dated this 25th day of September, 2026.

John H. Chun
United States District Judge